# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES VAUGHN,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:08-CV-01235-KJD-(PAL)

**ORDER**

    Petitioner has submitted a letter (#39), which the clerk has docketed as a motion, notifying the court of a change in address and asking for the status of his case. Petitioner's case is pending and will be decided in the normal order of the court's business.

    IT IS THEREFORE ORDERED that no further action be taken upon petitioner's motion (#39).

    DATED: December 13, 2010

_____
KENT J. DAWSON
United States District Judge